UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ATARIYEH ARJOMANDI,<br><br>               Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>               Defendant. | CASE NO. 2:20-cv-01300-BAT<br><br>**ORDER GRANTING STIPULATED REMAND** |

Based on the parties' Stipulation (Dkt. 21), it is **ORDERED** that the Commissioner's decision in regard to Plaintiff's application for disability benefits under Titles II and XVI of the Social Security Act is **REVERSED and REMANDED** to the Commissioner of Social Security for a de novo hearing before a different Administrative Law Judge, pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge will further evaluate the medical opinions of record and claimant's residual functional capacity; obtain updated evidence from a vocational expert, and issue a new decision. Plaintiff shall have the opportunity to submit new evidence.

Upon proper presentation, Plaintiff will be entitled to reasonable attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. §2412 *et seq*.

DATED this 20th day of July, 2021.

                                                      BRIAN A. TSUCHIDA
                                                      United States Magistrate Judge